FILED

Oct 24  2 50 PM '03

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON GOOD | : CIVIL NO. 302CV02286 (GLG) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| THE LEE COMPANY | : |
| | : OCTOBER 22, 2003 |
| Defendant | : |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time of thirty days up to or and including November 22, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1. The undersigned counsel represents that this is the second occasion on which she seeks an extension of time with respect to the Motion for Summary Judgment. The undersigned further represents that she conferred with defense counsel in this case who was unable to state a position with respect to this motion immediately without an opportunity to confer with her clients. Thus, the undersigned cannot report that the defendant consents or objects.

2.     The undersigned counsel was served with Motion for Summary Judgment in three separate federal employment actions at the same time. In addition, the undersigned is presently engaged in a criminal trial which is anticipated to last until the end of October.   In addition, in

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL: (203) 865-5541

connection with another bench trial concluded in September, the undersigned must file a post-trial brief which the Court has requested no later than October 27, 2003.   The undersigned counsel is a sole practitioner.   Accordingly, due to the press of these competing commitments, an additional enlargement of time is necessary.

WHEREFORE, the undersigned counsel respectfully requests that this motion be granted.

THE PLAINTIFF
SHARON GOOD

BY:_____*Karen Lee Torre*_____
Karen Lee Torre
Fed. Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax: (203) 865-4844

Her Attorney

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed regular U.S. mail on this 22nd day of October, 2003.

Margaret J. Strange, Esq.
Sarah C. Baskin, Esq.
Jackson Lewis LLP
55 Farmington Avenue, Ste. 1200
Hartford CT 06105

_Karen Lee Torre_
Karen Lee Torre

3