FILED
Oct 24  2 50 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARON GOOD | : CIVIL NO. 302CV02286 (GLG) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| THE LEE COMPANY | : OCTOBER 22, 2003 |
| Defendant | : |

Motion GRANTED on
Gerard L. Goettel, USDJ
10.29.03

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The undersigned counsel hereby respectfully requests an extension of time of thirty days up to or and including November 22, 2003, to file an opposition to Defendant's Motion for Summary Judgment.

1. The undersigned counsel represents that this is the second occasion on which she seeks an extension of time with respect to the Motion for Summary Judgment. The undersigned further represents that she conferred with defense counsel in this case who was unable to state a position with respect to this motion immediately without an opportunity to confer with her clients. Thus, the undersigned cannot report that the defendant consents or objects.

2. The undersigned counsel was served with Motion for Summary Judgment in three separate federal employment actions at the same time. In addition, the undersigned is presently engaged in a criminal trial which is anticipated to last until the end of October. In addition, in