UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

FILED '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SHARON GOOD
    Plaintiff,

v.

THE LEE COMPANY
    Defendant.

Civil No. 302CV02286 (GLG)

OCTOBER 29, 2003

## STIPULATION OF DISMISSAL

The parties to this action, Plaintiff, Sharon Good, and Defendant, The Lee Company, by and through their respective counsel, hereby stipulate that this action may be dismissed, with prejudice and without attorneys' fees or costs to any party.

PLAINTIFF,
SHARON GOOD

By: _____
Karen Lee Torre ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel. (203) 865-5541

DEFENDANT,
THE LEE COMPANY

By: _____
Margaret J. Strange ct08212
Jackson Lewis LLP
55 Farmington Avenue
Hartford, CT 06105
Tel. (860) 522-0404

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent by regular mail, postage prepaid on the _____ day of October, 2003 the following counsel of record:

                          Margaret J. Strange
                          Jackson Lewis LLP
                          55 Farmington Avenue
                          Hartford, CT 06105

                          Karen Lee Torre

2