

FILED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

OCT 30  '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

SHARON GOOD
    Plaintiff,

v.

THE LEE COMPANY
    Defendant.

Civil No. 302CV02286 (GLG)

OCTOBER 29, 2003

## STIPULATION OF DISMISSAL

The parties to this action, Plaintiff, Sharon Good, and Defendant, The Lee Company, by and through their respective counsel, hereby stipulate that this action may be dismissed, with prejudice and without attorneys' fees or costs to any party.

PLAINTIFF,
SHARON GOOD

By: _____
Karen Lee Torre ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
Tel. (203) 865-5541

DEFENDANT,
THE LEE COMPANY

By: _____
Margaret J. Strange ct08212
Jackson Lewis LLP
55 Farmington Avenue
Hartford, CT 06105
Tel. (860) 522-0404



ORDERED ACCORDINGLY
KEVIN F. ROWE
U.S. District Court
By: _____ Deputy Clerk



United States District Court
District of Connecticut
FILED AT NEW HAVEN
10/31/03
By: _____ Deputy Clerk